*1094 ante, p. 55;
ante, p. 821;
ante, p. 829;
ante, p. 832;
ante, p. 833;
ante, p. 807;
ante, p. 808;
ante, p. 855;
ante, p. 857;
ante, p. 858;
ante, p. 929;
ante, p. 863;
ante, p. 808;
ante, p. 865;
*1095 No. 97-9693.
No. 98-9.
No. 98-277.
No. 98-386.
No. 98-478.
No. 98-497.
No. 98-503.
No. 98-573.
No. 98-602.
No. 98-5006.
No. 98-5077.
No. 98-5105.
No. 98-5197.
No. 98-5242.
No. 98-5246.
No. 98-5256.
No. 98-5282.
No. 98-5343.
No. 98-5344.
No. 98-5399.
No. 98-5416.
No. 98-5435.
No. 98-5463.
No. 98-5514.
No. 98-5568.
No. 98-5635.
ante, p. 867;
ante, p. 867;
ante, p. 879;
ante, p. 965;
ante, p. 1002;
ante, p. 983;
ante, p. 983;
ante, p. 1019;
ante, p. 983;
ante, p. 880;
ante, p. 885;
ante, p. 808;
ante, p. 808;
ante, p. 894;
ante, p. 894;
ante, p. 895;
ante, p. 808;
ante, p. 899;
ante, p. 900;
ante, p. 903;
ante, p. 904;
ante, p. 905;
ante, p. 899;
ante, p. 934;
ante, p. 935;
ante, p. 913;
*1096 No. 98-5659.
No. 98-5769.
No. 98-5787.
No. 98-5788.
No. 98-5789.
No. 98-5809.
No. 98-5833.
No. 98-5850.
No. 98-5899.
No. 98-5968.
No. 98-6008.
No. 98-6031.
No. 98-6124.
No. 98-6158.
No. 98-6194.
No. 98-6230.
No. 98-6245.
No. 98-6274.
No. 98-6278.
No. 98-6316.
No. 98-6317.
No. 98-6318.
No. 98-6373.
No. 98-6480.
No. 98-6561.
No. 98-6623.
ante, p. 937;
ante, p. 968;
ante, p. 968;
ante, p. 968;
ante, p. 807;
ante, p. 969;
ante, p. 969;
ante, p. 970;
ante, p. 970;
ante, p. 984;
ante, p. 1005;
ante, p. 953;
ante, p. 1021;
ante, p. 973;
ante, p. 986;
ante, p. 946;
ante, p. 1024;
ante, p. 986;
ante, p. 987;
ante, p. 1025;
ante, p. 1025;
ante, p. 1025;
ante, p. 988;
ante, p. 1009;
ante, p. 999; and
ante, p. 1031. Petitions for rehearing denied.